IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHERMAN SOLOMON and**
**JAMES H. LEWIS,**

      **Plaintiffs,**

v.                                                        **CASE NO. 5:12-cv-235-RS-GRJ**

**KEEFE COMMISSARY NETWORK, LLC,**

      **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The complaint (Doc. 1) is **DISMISSED without prejudice** so Plaintiffs can proceed with separate lawsuits.

3. The remaining motions are **DENIED as moot**.

4. The clerk is directed to close the file.

**ORDERED** on August 23, 2012.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**